**Dismissed and Opinion Filed October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00800-CV

**SHIRLEY RUTH ALBERTS, Appellant**
**V.**
**LOU ANN RICHARDSON, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18153**

## MEMORANDUM OPINION
Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Francis

Before the Court is the parties' September 28, 2016 joint motion to dismiss the appeal. In the motion, the parties state they have settled all matters between them and request that we dismiss the appeal with each party to bear their own costs. We grant the parties' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).


/Molly Francis/
MOLLY FRANCIS
JUSTICE

160800F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY RUTH ALBERTS, Appellant

No. 05-16-00800-CV        V.

LOU ANN RICHARDSON, Appellee

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-15-18153.
Opinion delivered by Justice Francis.
Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Pursuant to the parties' agreement, it is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered October 14, 2016.